MARY MALONEY, as Administratrix of the Estate of JOSEPH SHAW, Deceased, Respondent, *v.* LEVY & GILLILAND COMPANY, Appellant.

*Maloney* v. *Levy & Gilliland Co.*, 176 App. Div. 470, affirmed.
(Argued March 22, 1918; decided April 5, 1918.),

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action, under the. Employers' Liability Act, to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The complaint alleged that the plaintiff's intestate was an employee of the defendant corporation in its business of rigging, and at the time of the fatal accident was one of a gang at work on the roof of a building placing a 9,000-gallon cylindrical water tank in position for connection with a sprinkler system.  The work was under the direction of the defendant's foreman and the treasurer of the defendant corporation was present assisting and supervising.  The tank was being lowered from the fourteen-foot coping over which it had been hoisted, down to the roof on rollers placed across two pairs of skids.  The intestate's work· required him to hold in

place under the curve of the tank and on top of the rollers a four or five-foot plank, which served as a chock and kept the tank from rolling sideways. When the tank was lowered from the upper roller the impact on the next roller broke the skid nearest to Shaw, causing the tank to drop and crush him.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellant.

*Morton L. Fearey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, MCLAUGHLIN and CRANE, JJ.